IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
Plaintiff-Respondent,

v.

LEO RALPH MEADE,
Defendant-Appellant.

Washington County Circuit Court
C051030CR, C051433CR

A130132 (Control)
A130133

205 P3d 28

## ORDER OF DISMISSAL AND APPELLATE JUDGMENT

Appellant has moved to dismiss the above-entitled appeal. Respondent has moved to vacate this court's decision dated August 13, 2008, in light of *Oregon v. Ice*, 555 US____ , 129 S Ct 711, 172 L Ed 2d 517 (2009). The motions are granted.

The decision dated August 13, 2008, is hereby vacated and the appeal is dismissed.

| March 12, 2009 | Rick Haselton |
| DATE | PRESIDING JUDGE |